# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI-WON, CHONG, | CASE NO. 06CV1598 WQH (AJB) |
| Petitioner, | ORDER DISMISSING PETITION AS MOOT |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

HAYES, Judge:

On August 11, 2006, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner alleged that he had been subject to a final order of removal since March 22, 2005, and that his continued detention beyond the presumptively reasonable period of six months was unlawful. After denying Petitioner's motion to proceed *in forma pauperis*, Petitioner paid the requisite filing fee, and this Court issued on Order to Show Cause requiring Respondents to answer the petition. (Doc. # 11). On February 21, 2007, Respondents answered the order to show cause by filing a notice of removal (Doc. # 13). In the notice of removal, Respondents stated that Petitioner had been removed to South Korea in December of 2006, and requested that the Petition (Doc. # 1) be denied as moot.

/

/

/

1  /

2

3     As Petitioner has been removed to South Korea, the Court concludes that Petitioner's Petition
4  for Writ of Habeas Corpus pursuant to § 2241 is moot.  Accordingly, the Petition for Writ of Habeas
5  Corpus (Doc. # 1) is hereby **DENIED** as moot.

6     **IT IS SO ORDERED**.

7  DATED: February 27, 2007

8  _William Q. Hayes_
   **WILLIAM Q. HAYES**
9  United States District Judge